UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH,<br><br>          Plaintiff,<br><br>     v.<br><br>RYAN DANIEL, LLC, RYAN DANIEL, individually, and JENNIFER DANIEL, individually<br><br>          Defendants. | Case No. 09-cv-1076-JPG |

**MEMORANDUM AND**
**ORDER TO SHOW CAUSE**

This matter comes before the Court on the Court's January 5, 2010, order (Doc. 8) noting jurisdictional defects in the complaint filed by plaintiff DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt Am Main, New York Branch ("DZ Bank"). The Court allowed DZ Bank up to and including January 22, 2010, to amend its complaint to cure those defects. The Court further warned DZ Bank that its failure to amend the faulty pleading could result in dismissal of this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). DZ Bank failed to timely amend its pleading to correct the defects. The Court hereby **ORDERS** DZ Bank to **SHOW CAUSE** on or before February 12, 2010, why the Court should not dismiss this case for lack of subject matter jurisdiction or for failure to prosecute pursuant to Rule 41(b). Failure to respond in a timely manner to this order will result in dismissal of this action for lack of subject matter jurisdiction and/or for lack of prosecution pursuant to Rule 41(b) and the Court's inherent authority to manage its docket. *See In re Bluestein & Co.*, 68 F.3d 1022, 1025 (7th Cir. 1995).

The filing of an amended pleading that cures the defects noted in the Court's January 5, 2010, order shall be a sufficient response to this order to show cause.

**IT IS SO ORDERED.**
**DATED: February 2, 2010**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**