IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH,<br><br>Plaintiff,<br><br>v.<br><br>RYAN DANIEL, LLC, RYAN DANIEL, individually, and JENNIFER DANIEL, individually,<br><br>Defendants. | Case No. 09-cv-1076-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt AM Main, New York Branch ("DZ Bank") for default judgment pursuant to Federal Rule of Civil Procedure 55(b)(2) (Doc. 36).  This request is premature in light of the fact that the Clerk of Court has not entered default pursuant to Federal Rule of Civil Procedure 55(a) against defendant Ryan Daniel, LLC.  Only after default has been entered pursuant to Rule 55(a) against a party is a default judgment under Rule 55(b) appropriate.  For this reason, the Court **DENIES without prejudice** the plaintiff's Motion for Default Judgment (Doc. 36).

**IT IS SO ORDERED.**
**DATED:  August 18, 2010**

                                                 s/ J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**