IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH, <br><br> Plaintiff, <br><br> v. <br><br> RYAN DANIEL, LLC, RYAN DANIEL, individually, and JENNIFER DANIEL, individually, <br><br> Defendants. | Case No. 09-cv-1076-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the motion of plaintiff DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt AM Main, New York Branch ("DZ Bank") for default judgment against defendants Ryan Daniel, LLC, Ryan Daniel and Jennifer Daniel (Doc. 42). The Amended Complaint was filed on February 3, 2010. Defendants Ryan Daniel and Jennifer Daniel were served with the Amended Complaint on February 28, 2010, and defendant Ryan Daniel, LLC was served with the Amended Complaint on July 10, 2010. Default was entered against defendants Ryan Daniel and Jennifer Daniel on May 4, 2010, and against defendant Ryan Daniel, LLC on August 19, 2010. In its pending motion, DZ Bank has established its entitlement to default judgment. Therefore, the Court **GRANTS** DZ Bank's motion for default judgment (Doc. 42) and **DIRECTS** the Clerk of Court to enter judgment in favor of DZ Bank and against defendants Ryan Daniel, LLC, Ryan Daniel and Jennifer Daniel in the amount of One Hundred Forty-Nine Thousand, Six Hundred Twenty-Four Dollars and Thirty-Three Cents ($149,624.33) plus interest in the amount of Thirteen Thousand, Five Hundred Seventy Dollars and Three Cents ($13,570.03) as of April 30, 2010, costs in the amount of One Hundred Twelve Dollars

and Ninety-Four Cents ($112.94) and attorney's fees in the amount of One Thousand, Seven Hundred Ten Dollars ($1,710.00), for a total judgment of One Hundred Sixty-Five Thousand, Seventeen Dollars and Thirty Cents ($165,017.30).

**IT IS SO ORDERED.**
**DATED:  September 8, 2010**

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**