IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, FRANKFURT AM MAIN, NEW YORK BRANCH, | ) ) ) ) |
| Plaintiff, | ) Case No. 09-cv-1076-JPG ) ) |
| v. | ) ) |
| RYAN DANIEL, LLC, RYAN DANIEL, individually, and JENNIFER DANIEL, individually, | ) ) ) ) |
| Defendants. | ) ) |

## DEFAULT JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff DZ Bank AG Deutsche Zentral-Genossenschaftsbank, Frankfurt AM Main, New York Branch,and against defendants Ryan Daniel, LLC, Ryan Daniel and Jennifer Daniel in the amount of One Hundred Forty-Nine Thousand, Six Hundred Twenty-Four Dollars and Thirty-Three Cents ($149,624.33) plus interest in the amount of Thirteen Thousand, Five Hundred Seventy Dollars and Three Cents ($13,570.03) as of April 30, 2010, costs in the amount of One Hundred Twelve Dollars and Ninety-Four Cents ($112.94) and attorney's fees in the amount of One Thousand, Seven Hundred Ten Dollars ($1,710.00), for a total judgment of One Hundred Sixty-Five Thousand, Seventeen Dollars and Thirty Cents ($165,017.30).

**NANCY J. ROSENSTENGEL, Clerk of Court**

**Date: September 8, 2010**           s/Brenda K. Lowe, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**